1  DIANA G. DICKINSON, Bar No. 13477
   ddickinson@littler.com
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada  89169.5937
4  Telephone:    702.862.8800
   Fax No.:       702.862.8811
5
   Attorneys for Defendant
6  BACKGROUNDCHECKS.COM LLC

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

11 | GEORGE POLANCO JR., | Case No. 2:22-cv-00713-GMN-DJA |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| BACKGROUNDCHECKS.COM LLC, | |
| Defendant. | **[FIRST REQUEST]** |

   Plaintiff George Polanco Jr. ("Plaintiff") and Defendant Backgroundchecks.com LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of May 31, 2022, up to and including June 30, 2022.

   The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

   / / /

   / / /

   / / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: May 19, 2022

Respectfully submitted,

/s/ Gerardo Avalos
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
GEORGE POLANCO JR.

Dated: May 19, 2022

Respectfully submitted,

/s/ Diana G. Dickinson
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: May 20, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4855-7631-3888.1 / 107811-1000

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800